UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22705-GAYLES/Torres

**CYNTHIA TRAN,**
On behalf of herself and those similarly situated,

    Plaintiffs,

v.

**AMAT VICTORIA CURAM ENTERPRISE LLC**, and
*individually and d/b/a* **MAD WYNWOOD**,
**THE DIRTY RABBIT, LLC,** and
**ANDRES SAN MARTIN** and **JOEY VEGA**, Individually,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Cynthia Tran ("Plaintiff"), and Defendants, AMAT VICTORIA CURAM ENTERPRISE LLC, and *individually and d/b/a* MAD WYNWOOD, THE DIRTY RABBIT, LLC, ANDRES SAN MARTIN, AND JOEY VEGA, ("Defendants"), (collectively, "the Parties") through undersigned counsel, file this Notice of Settlement, and advise the Court that on January 30, 2023, the Parties agreed to material terms of a settlement agreement. The Parties will jointly move to approve settlement and stipulation of dismissal this week. The Parties provide this notice to the Court as today is the cutoff date for Defendants' to respond to the Complaint. [ECF No. 22].

Dated: January 30, 2023

Respectfully submitted,

**BRETT D. KAPLAN, P.A.**
2101 Ludlam Road, #704
Miami, Florida 33155
Telephone: (954) 529-8328
*Attorney for Plaintiff*

By: /s/ *Brett D. Kaplan*
Brett D. Kaplan, Esq.
Florida Bar No. 1031866

**LAW OFFICE OF ALEXIS GONZALEZ, P.A.**
3162 Commodore Plaza, Suite 3E,
Coconut Grove, Florida 33133
Telephone: (305) 223-9999
*Counsel for Defendants*

By: /s/ *Alejandro F. Hoyos*
    Alejandro F. Hoyos, Esq.
    Florida Bar No.: 181072