UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22705-DPG

**CYNTHIA TRAN,**

    Plaintiff,

v.

**AMAT VICTORIA CURAM ENTERPRISE LLC, et al.**,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal with Prejudice (the "Motion"), [ECF No. 25], filed March 1, 2023. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, the Court finds that the settlement of this action is fair and reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF No. 25], is **GRANTED**.

2. The Confidential Settlement Agreement and General Release between Plaintiff Cynthia Tran and Defendant Amat Victoria Curam Enterprise LLC is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, and all pending motions are **DENIED as moot**.

4. The Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement and General Release.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of March, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE